# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **TERRY EUGENE LEE, JR.,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:21-cv-01486-RDP-JHE |
| ) | |
| **STATE OF ALABAMA,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Petitioner Terry Eugene Lee, Jr. filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking dismissal of his pending state charge for first-degree arson in Tuscaloosa County, Alabama. (Doc. 1). On April 11, 2022, the Magistrate Judge entered a Report and Recommendation recommending Lee's petition be denied and his claims dismissed. (Doc. 10). Although the Magistrate Judge advised Lee of his right to file objections to the Report and Recommendation within 14 days, the court has not received any objections within the prescribed time.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, the court finds that Lee's petition is due to denied and his claims are due to be dismissed. A Final Judgment will be entered.

**DONE** and **ORDERED** this May 9, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE